# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case Nos. 6D2023-3361, 6D2023-3908
CONSOLIDATED
Lower Tribunal Nos. 21-CF-016148 and 21-CF-001510

_____

WILLIAM REESE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Nicholas Thompson, Judge.

December 23, 2025

PER CURIAM.

AFFIRMED. *See Avalos v. State*, 419 So. 3d 299 (Fla. 6th DCA 2025) ("[Avalos] argues his sentence . . . is unconstitutional under the United States Supreme Court's recent decision in *Erlinger v. United States*, 602 U.S. 821 (2024). We affirm without deciding *Erlinger's* impact . . . because, even assuming *Erlinger* applies, any error in this case is harmless.").

NARDELLA, WOZNIAK and BROWNLEE, JJ., concur.

Blair Allen, Public Defender, and Kimberly Nolen Hopkins, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Alicia M. Winterkorn, Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED